————o————

ABRAM MESSICK, Respondent, *vs.* FREDERICK T. LEDERGERBER, Adm'r of LEONARD R. SARGENT, dec'd, Appellant.

1. Spears vs. Ledergerber, *ante* p. 465, affirmed.

*F. T. Bowman,* for Appellant.

*Leverett Bell, with J. Q. A. Fritchey,* for Respondent.

SHERWOOD, Judge, delivered the opinion of the court.

This case is, in its essential features, the same as that of Spears vs. Ledergerber, decided at the present term, and for like reasons, the judgment of the court below will be affirmed. All concur, except Judge Wagner, absent.